■ In the Matter of EDDIE M. ROBINSON, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, et al., Respondents. [898 NYS2d 909]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered December 21, 2009) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.